UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-   CASE NO. 6:08-CR-177-ORL-98DAB

**HARRY WILLIAM MARRERO**

_____

## ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 39, filed September 26, 2008) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 39) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Harry William Marrero has entered a plea of guilty to Counts One, Two, Three, Four, Five, Six and Seven of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three, Four, Five, Six and Seven of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 3rd day of October, 2008.

MARY S. SCRIVEN, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services